# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| ROGER L. JAMES, | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| Defendant. | FORFEITURE ALLEGATION |

**FILED**
RICHARD W. NAGEL
CLERK OF COURT

SEP 19 2024 12:58 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Felon in Possession of a Firearm)

On or about August 9, 2024, in the Southern District of Ohio, the defendant, **ROGER L. JAMES**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically: a Heckler & Koch USP 40 caliber handgun (S/N: 22-24401), and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

The allegations of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense alleged in Count 1, the defendant, **ROGER L. JAMES**, shall forfeit to the United States any firearms and ammunition involved or used in such offense, including, but not limited to a Heckler & Koch USP 40 caliber handgun (S/N: 22-24401) and all associated ammunition.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

s/Foreperson
**Foreperson**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**TYLER AAGARD (NC 54735)**
**Assistant United States Attorney**